IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **LUNA INNOVATIONS INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 7:21-cv-00188 |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| **KISS TECHNOLOGIES, INC.,** | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Kiss Technologies, Incorporated's motion to dismiss plaintiff Luna Innovations Incorporated's First Amended Complaint, ECF No.16, for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons stated in the accompanying memorandum opinion, the motion is **DENIED.**

It is so **ORDERED**.

Entered:  May 3, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.05.03 11:22:26
-04'00'

Michael F. Urbanski
Chief United States District Judge